**Electronically Filed
Supreme Court
SCMF-12-0000538
26-APR-2022
11:29 AM
Dkt. 178 NP**

SCMF-12-0000538

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

In the Matter of the
FEBRUARY 2022 EXAMINATION FOR ADMISSION
TO THE BAR OF THE STATE OF HAWAIʻI

NOTICE OF PASSING THE HAWAIʻI BAR EXAMINATION

The applicants listed below are hereby notified that each has passed the

February 2022 Hawaiʻi examination for admission to the Bar of the State of Hawaiʻi, as

required by Rule 1.3(g)(1) of the Rules of the Supreme Court of the State of Hawaiʻi

(RSCH):

William KeAupuni Akina
Amberlynn Otara Alualu
Justin James Andrews
Terri Finkbine Arnold
Jauwan Alan Barron
Ryan Kwansing Bisel
Laura Marie Bowen
Lauren Nicole Bradach
Jake Karl Brown
Jonnell Alohalani Carpenter
Tate Leleiohoku Castillo
John Frederick Hingming Chow
Maricar Bagoyo Daoang
David Charles Donald
Madlaine Nicole Farmer
Christian Alan Fox
Michelle Magaoay Go
Lauren Chelsea Goto
Raymond Tyrell Graham

Alexis Joy Hartwell-Gobeske
Brooke Mariko Hasegawa-Nakaoka
Andrew Keir Hedin
Gabrielle Macaria Makaʻala Hollinger
Chan Yi Hsu
Adam Phillip Karp
Tarita Nalaninanialii Adrienne Miya
   Keohokalole-Look
Min Kyung Kim
Edward Seungkee Kim
Daniel Jack Knight
MaryBeth LippSmith
Katelyn Elaine Martin
Stephen James Massaro
Steven Daniel Mewha
Constantine Robert Mittendorf
Makalika Destarte Naholowaa
Branden T. Nakahara
Toan Van Nguyen

Kari Keiko Noborikawa
Chris Nahulualohiokalopi Lemn
   Nunokawa
Brendan Patrick O'Connor
Neil Osato
Kelly Hiromi Oshiro
Mary Elizabeth Kinuyo Pascual
Woodrow David Pengelly
Leanna Jade Pohevitz
Justine Fay Prieto
Jack Widener Relf
Ian Kenichi Ross
Aaron Naoyuki Sakamoto
Lee Franklin Sanderson
Andria Renee Schumann

David M. Seaver
Gil Gabriel Silberman
Sonya Sondhi
Wylie Catherine Strout
Jay Eric Stuemke
Diana Sumarna
Elizabeth Zwickert Timmermans
Jennifer Hieu Tran
Emerald Tsui
Krista Danielle Walker
Julia Lynn Weisel
Chad Tighe Wishchuk
Leigh Anne Woodruff
Brian Walter Yanagi
Mehrnoush Yazdanyar

Each applicant is reminded that, until he or she has met all other requirements as set forth in RSCH Rule 1.3, and has been admitted to practice law by the Supreme Court of the State of Hawaiʻi, that applicant may <u>not</u> engage in the practice of law in this jurisdiction.

DATED: Honolulu, Hawaiʻi, April 26, 2022.

BOARD OF EXAMINERS

By: /s/ Elizabeth Zack

Its Secretary

